FILED
MAR 0 5 2015
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**United States District Court**
**Western District of Texas**
**Waco Division**

| | |
|---|---|
| Affinity Labs of Texas, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:15-cv-00030-WSS-JCM |
| vs. ) | |
| ) | |
| DIRECTV, LLC; ) | **Jury Trial Demanded** |
| DIRECTV Digital LLC ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS OR RESPONSIVE MOTIONS

Came on before the Court the Unopposed Motion for Extension of Time to File Answers or Responsive Motions of Defendants DIRECTV, LLC and DIRECTV Digital LLC in the above entitled and numbered cause. The Court finds that this motion has merit and should be granted. Therefore it is:

ORDERED that the Defendants' Unopposed Motion for Extension of Time to File Answers or Responsive Motions is GRANTED and that the Defendants DIRECTV, LLC and DIRECTV Digital LLC shall have until and including March 18, 2015 to file Answers or Responsive Motions in this cause.

Signed this ____5th____ day of ~~February,~~ March, 2015.

Jeffrey C. Manske
United States Magistrate Judge