UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Waco Division

Affinity Labs of Texas, LLC,

    Plaintiff,

-vs-                                              Case No.: 6:15-cv-00030-WSS-JCM

DIRECTV, LLC;
DIRECTV Digital LLC

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Brian Cook , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  DIRECTV, LLC; DIRECTV Digital LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)  O'Melveny & Myers LLP , with offices at

    Mailing address:     400 South Hope Street

    City, State, Zip Code:     Los Angeles, CA  90071

    Telephone:     213-430-6000

    Facsimile:     213-430-6407

2. Since  December 2009  , Applicant has been and presently is a member of and in good standing with the Bar of the State of  California  . Applicant's bar license number is  266181  .

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Central District of California | December 2009 |
   | Northern District of California | 2011 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____
   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____
   _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   _____

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

    O   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    X   Applicant has local-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Local-counsel:   Ryan K. Yagura, O'Melveny & Myers, LLP - State Bar of Texas No. 24075933

    Mailing address:   400 South Hope Street, 18th Floor

    City, State, Zip Code:   Los Angeles, California 90071

    Telephone:   213-430-6000

9.  Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: Clerk, U.S. District Court].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of _Brian M. Cook_ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian M. Cook
_____
[printed name of Applicant]

*[signature]*
_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __5__ day of _March_, _2015_.

BRIAN Cook
_____
[printed name of Applicant]

*[signature]*
_____
[signature of Applicant]

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that this instrument has been served using the CM/ECF system on the following counsel of record:

John P. Palmer
State Bar No. 15430600
Naman Howell Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Palmer@namanhowell.com


Robins Kaplan LLP
Ronald J. Schutz MN Bar No. 130849
Cyrus A. Morton MN Bar No. 287325
Patrick M. Arenz MN Bar No. 386537
Daniel R. Burgess MN Bar No. 389976
Shira T. Shapiro MN Bar No. 390508
Kristine A. Tietz MN Bar No. 393477
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
 RSchutz@robinskaplan.com
CMorton@robinskaplan.com
PArenz@robinskaplan.com
DBurgess@robinskaplan.com
SShapiro@robinskaplan.com
KTietz@robinskaplan.com


**Attorneys for Plaintiff**


                                              /s/ Ryan K. Yagura
                                              RYAN K. YAGURA