FILED

MAR 30 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**United States District Court**
**Western District of Texas**
**Waco Division**

| | | |
|---|---|---|
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00030-WSS-JCM |
| vs. | ) | |
| | ) | |
| DIRECTV, LLC; | ) | **Jury Trial Demanded** |
| DIRECTV Digital LLC | ) | |
| | ) | |
| Defendants. | ) | |
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00031-WSS-JCM |
| vs. | ) | |
| | ) | |
| NBA Ventures, LLC; | ) | **Jury Trial Demanded** |
| Turner Digital Basketball Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00032-WSS-JCM |
| vs. | ) | |
| | ) | |
| NHL Enterprises, L.P.; | ) | **Jury Trial Demanded** |
| NHL Enterprises, Inc.; | ) | |
| NHL Interactive CyberEnterprises, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00033-WSS-JCM |
| vs. | ) | |
| | ) | |
| MLB Advanced Media, L.P.; | ) | **Jury Trial Demanded** |
| MLB Advanced Media, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

*into Cause No. 6:15cv30*

### Order Granting Joint Motion To Consolidate

Before the Court is the parties' Joint Motion To Consolidate. After considering the submission of the parties, the Court is of the opinion that it should grant this motion. IT IS THEREFORE ORDERED that the Joint Motion To Consolidate is GRANTED and the following matters are consolidated for all pre-trial purposes:

- *Affinity Labs of Texas, LLC, v. DIRECTV, LLC, et al.*, No. 6:15-cv-00030-WSS-JCM (W.D. Tex.);
- *Affinity Labs of Texas, LLC, v. NBA Media Ventures, LLC, et al.*, No. 6:13-cv-00031-WSS-JCM (W.D. Tex.);
- *Affinity Labs of Texas, LLC, v. NHL Enterprises, L.P., et al.*, No. 6:15-cv-00032-WSS-JCM (W.D. Tex.); and
- *Affinity Labs of Texas, LLC, v. MLB Advanced Media, L.P., et al.*, No. 6:15-cv-00033-WSS-JCM (W.D. Tex.).

Dated: 3-30-15

Jeffrey C. Manske
U.S. Magistrate Judge