**United States District Court**
**Western District of Texas**
**Waco Division**

| | | |
|---|---|---|
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00030-WSS-JCM |
| vs. | ) | |
| | ) | [Consolidated Case Number] |
| DIRECTV, LLC; | ) | |
| DIRECTV Digital LLC | ) | **Jury Trial Demanded** |
| | ) | |
| Defendants. | ) | |
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00031-WSS-JCM |
| vs. | ) | |
| | ) | |
| NBA Ventures, LLC; | ) | **Jury Trial Demanded** |
| Turner Digital Basketball Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00032-WSS-JCM |
| vs. | ) | |
| | ) | |
| NHL Enterprises, L.P.; | ) | **Jury Trial Demanded** |
| NHL Enterprises, Inc.; | ) | |
| NHL Interactive CyberEnterprises, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| Affinity Labs of Texas, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:15-cv-00033-WSS-JCM |
| vs. | ) | |
| | ) | |
| MLB Advanced Media, L.P.; | ) | **Jury Trial Demanded** |
| MLB Advanced Media, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Attorney Appearance**

Notice is hereby given that the undersigned attorney, Shira T. Shapiro, who is admitted to practice in this Court, enters her appearance as counsel in this matter for Plaintiff, Affinity Labs of Texas, LLC, for the purpose of receiving notices and orders from the Court.

Date: <u>April 14, 2015</u>

Respectfully submitted,

By: <u>*/s/ Shira T. Shapiro*</u>
Shira T. Shapiro (MN No. 390508)
(Western District of Texas Member)

**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
SShapiro@RobinsKaplan.com

**Naman Howell Smith & Lee, PLLC**
John P. Palmer (State Bar No. 15430600)
P.O. Box 1470
Waco, TX 76703-1470
(254) 755-4100
Fax: (254) 754-6331
palmer@namanhowell.com

**Counsel for Plaintiff**
**Affinity Labs of Texas, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2015, I caused a true and correct copy of this document (Notice of Attorney Appearance) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5(a).

Dated:  April 14, 2015                             */s/ Shira T. Shapiro*
                                                    Shira T. Shapiro