# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC | § | |
| | § | |
| vs. | § | Case Number:  WA:15-CV-00030-WSS |
| | § | |
| DIRECTV, LLC, DIRECTV DIGITAL LLC, MLB ADVANCED MEDIA INC., NBA MEDIA VENTURES, LLC, MLB ADVANCED MEDIA, L.P., NHL INTERACTIVE CYBER ENTERPRISES, LLC, TURNER DIGITAL BASKETBALL SERVICES, INC., NHL ENTERPRISES, INC., NHL ENTERPRISES, L.P. | § | |
| *Defendant* | | |

## ORDER SETTING TELEPHONE CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is SET for TELEPHONE CONFERENCE, in U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas,  on TUESDAY, APRIL 28, 2015, at 10:30 A.M..

IT IS SO ORDERED this 27th day of April, 2015.

_____
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE